**CR 19 00303 LHK**   NC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

### THE UNITED STATES OF AMERICA
### vs.
### Alexander Taylor



FILED

JUL 11 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### INDICTMENT

Count One:   18 U.S.C. § 912 – False Impersonation Of Federal Officer

Count Two:   18 U.S.C. § 506(a)(3) - Possession of a Counterfeit Seal of an Agency of the United States

*A true bill.*

_____
*Foreperson*

Filed in open court this ___11___ day of __July__,
A.D. 2019

_____
*United States Magistrate Judge*

Bail. $ __No process__

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED

JUL 11 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEXANDER TAYLOR,

    Defendant.

CASE NO. CR 19 00303 LHK

VIOLATIONS: 18 U.S.C. § 912 – False Impersonation of Federal Officer; 18 U.S.C. § 506(a)(3) - Possession of a Counterfeit Seal of an Agency of the United States

SAN JOSE VENUE

INDICTMENT

The Grand Jury charges:

COUNT ONE:     (18 U.S.C. § 912 – False Impersonation Of Federal Officer)

On or about December 24, 2018, in the Northern District of California, the defendant,

ALEXANDER TAYLOR,

did falsely assume and pretend to be an officer and employee acting under the authority of the United States, that is, a Special Agent of the United States Drug Enforcement Administration (DEA), and acted as such, in that he falsely stated to L.G. that he was a DEA agent, and showed L.G. a fake DEA badge, while stating that he pulled over L.G.'s vehicle in his capacity as a DEA agent and intended to issue L.G. a traffic citation;

All in violation of Title 18, United States Code, Section 912.

1

COUNT TWO:   (18 U.S.C. § 506(a)(3) - Possession of a Counterfeit Seal of an Agency of the United States)

On or about March 2, 2019, in the Northern District of California, the defendant,

ALEXANDER TAYLOR,

with fraudulent intent, knowingly possessed a fraudulently made, forged and counterfeited seal of an agency of the United States and facsimile thereof, namely a "Drug Enforcement Administration Special Agent" badge purportedly issued by the United States Drug Enforcement Administration (DEA), with a purported DEA seal, knowing that the DEA seal had been falsely made, forged and counterfeited.

All in violation of Title 18, United States Code, Section 506(a)(3).

DATED: 7-11-19

A TRUE BILL.

_____
FOREPERSON

DAVID L. ANDERSON
United States Attorney

_____
JEFFREY A. BACKHUS
Assistant United States Attorney

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 912 – False Impersonation of Federal Officer; 18 U.S.C. § 506(a)(3) - Possession of a Counterfeit Seal of an Agency of the United States

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attachment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**

▶ Alexander Taylor

DISTRICT COURT NUMBER

CR 19 00303 LHK

FILED
JUL 11 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
NDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} CR 19-70328 MAG

Name and Office of Person Furnishing Information on this form  David L. Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Jeffrey A. Backhus

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

**ATTACHMENT TO PENALTY SHEET**
**U.S.**
**v.**
**ALEXANDER TAYLOR**

**OFFENSE CHARGED:**
18 U.S.C. § 912 – False Impersonation of Federal Officer; 18 U.S.C. § 506(a)(3) - Possession of a Counterfeit Seal of an Agency of the United States

**Count One:**
18 U.S.C. § 912 – False Impersonation Of Federal Officer

>Penalties for Count One:
>Maximum 3 years imprisonment
>Maximum $250,000 fine
>Maximum 3 years of supervised release
>$100 special assessment

**Count Two:**
18 U.S.C. § 506(a)(3) - Possession of a Counterfeit Seal of an Agency of the United States

>Penalties for Count Two:
>Maximum 5 years imprisonment
>Maximum $250,000 fine
>Maximum 3 years of supervised release
>$100 special assessment